```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JOHANN PINEDA,<br><br>                    Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | No. 16-CV-4806 (LAP)<br><br>No. 08-CR-351-2 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    No later than December 17, 2020, the Government shall file a letter advising the Court as to whether Petitioner Johann Pineda remains in custody and, if so, where he is currently incarcerated.

**SO ORDERED**.

Dated:    December 3, 2020
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1